IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON KUSTER                                                    PLAINTIFF

V.                                    3:04CV00398JMM

RAMADA INN; RAMADA FRANCHISE
SYSTEMS INC.;RAMADA LIMITED;
CLAYTON INNS, STAN AND KATHY
FORTUNE; SHEILA OSBORN;
BILL FORTUNE AND DWAYNE FOSTER             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to terminate the case.

IT IS SO ORDERED this 30th day of August 2005.

_____
James M. Moody
United States District Judge